UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08CR332 SNLJ |
| | ) |
| DEMETRIUS F. BAILEY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the memorandum and recommendation of United States Magistrate Judge Terry I. Adelman (#38), filed February 3, 2009 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#26) be **DENIED.**

Dated this 20th day of February, 2009.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE